In the Matter of the Transfer Tax upon the Estate of MARIA B. STARBUCK, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; G. FRED STARBUCK, as Administrator, Respondent.

*Matter of Starbuck,* 137 App. Div. 866, affirmed.
(Argued February 6, 1911; decided February 21, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 22, 1910, which affirmed a decree of the Westchester County Surrogate's Court exempting from transfer taxation a right of curtesy in the estate of Maria B. Starbuck, deceased.

*George M. Judd* and *William A. Moore* for appellant.

*J. Mortimer Bell* for respondent.

Order affirmed, with costs, on opinion of THOMAS, J., below.
Concur: CULLEN, Ch. J., VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Not voting: HAIGHT, J.